IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-98-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**URIEL ALFONSO YANEZ-RODRIGUEZ,**

    Defendant.

# ORDER

Kane, J.

This matter is before the court on Defendant Uriel Alfonso Yanez-Rodriguez's Notice of Disposition and Motion Requesting Change of Plea Hearing (doc. #11), filed April 25, 2008. The Motion is **GRANTED**. It is

**ORDERED** that a **Change of Plea Hearing** is set for **May 15, 2008 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on May 13, 2008. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. It is

**FURTHER ORDERED** that the 2-day jury trial set for May 19, 2008 is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for May 15, 2008 is likewise

**VACATED**.

Dated this 25th day of April, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court